**FILED**

OCT 17 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING:<br><br>A BLACK CELLULAR SMART PHONE WITH A BLACK CASE | 2:19-SW-0135-CKD<br><br>**ORDER RE: REQUEST TO UNSEAL SEARCH WARRANT AND REDACTED SEARCH WARRANT AFFIDAVIT** |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the United States may filed a redacted copy of the search warrant affidavit and that file in the above-captioned matter be otherwise unsealed.

DATED: October 17, 2019

_____
Hon. DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE